# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

HARVARD BUSINESS SCHOOL PUBLISHING
CORPORATION, ET AL.
*Plaintiff*

v.

INSTITUTE FOR THE STUDY OF COHERENCE
AND EMERGENCE, INC., ET AL.
*Defendant*

Civil Action No.:
1:13-CV-11450-GAO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Institute For The Study of Coherence
  and Emergence, Inc.
14 Stratford, Rd, Marblehead, MA   01945

Registered Agent:
Kenneth B. Lissack
Institute For The Study of Coherence
  and Emergence, Inc.
14 Stratford Road
Marblehead, MA   01945

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

> William S. Strong
> Kotin, Crabtree & Strong, LLP
> One Bowdoin Square, Boston, MA   02114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Elaine Flaherty**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2013-06-17 13:46:37.0, Acting Clerk USDC DMA

Civil Action No.: **1:13-CV-11450-GAO**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Kenneth B Hissack Registered Agent

was received by me on (date) 6-19-2013.

☒ I personally served the summons on the individual at (place) 14 Shipyard Rd
Mashpee Wood, Mass on (date) 6-21-2013 ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individuals last known address; or

☒ I served the summons on (name of individual) Kenneth B Hissack, who is designated by law to accept service of process on behalf of (name of organization) Williby For The Sliny of Collegenics and Emergencies Inc on (date) 6-21-2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

6-21-2013
Date

_____
Server's Signature

Thomas L Savage
Printed name and title

427 Neck Street Weymouth Mass
Server's Address

Additional information regarding attempted service, etc: