UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVARD BUSINESS SCHOOL PUBLISHING CORPORATION, JOHN WILEY & SONS, INC., and UNIVERSITY OF CHICAGO,<br><br>Plaintiffs,<br><br>v.<br><br>INSTITUTE FOR THE STUDY OF COHERENCE AND EMERGENCE, INC., and MICHAEL R. LISSACK,<br><br>Defendants. | Civ. No. 1:13-CV-11450-IT |

## NOTICE OF SETTLEMENT

Plaintiffs Harvard Business School Publishing Corporation, John Wiley & Sons, Inc., and University of Chicago, hereby give notice to the Court that all issues in this case have been settled, and request the Court to retain jurisdiction for a period of 30 days to ensure that settlement is effected.

Dated: July 10, 2014

Respectfully submitted,

HARVARD BUSINESS SCHOOL
   PUBLSHING CORPORATION,
JOHN WILEY & SONS, INC., and
UNIVERSITY OF CHICAGO, plaintiffs,

By their attorneys,

/s/ William S. Strong
William S. Strong, Esq. BBO #483520
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Tel: 617-227-7031
Fax: 617-367-2988
wstrong@kcslegal.com

## CERTIFICATE OF SERVICE

      I, William S. Strong, certify that I have this day electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

Dated: July 10, 2014                               /s/ William S. Strong_____
                                                    William S. Strong Esq.