## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVARD BUSINESS SCHOOL PUBLISHING CORPORATION,<br>JOHN WILEY & SONS, INC., and<br>UNIVERSITY OF CHICAGO,<br><br>    Plaintiffs,<br><br>  v.<br><br>INSTITUTE FOR THE STUDY OF COHERENCE<br>    AND EMERGENCE, INC., and<br>MICHAEL R. LISSACK,<br><br>    Defendants. | Civ. No. 1:13-CV-11450-IT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action hereby stipulate and agree that their respective claims and counterclaims shall be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

| Plaintiffs-Counterclaim-Defendants<br>HARVARD BUSINESS SCHOOL<br>PUBLISHING CORPORATION,<br>WILEY & SONS, INC. and.<br>UNIVERSITY OF CHICAGO,<br><br>By their attorneys, | Defendants-Counterclaim-Plaintiffs<br>INSTITUTE FOR THE STUDY OF<br>COHERENCE AND EMERGENCE, INC.<br>and MICHAEL R. LISSACK,<br><br>By their attorneys, |
|---|---|
| /s/William S. Strong<br>William S. Strong, BBO# 483520<br>KOTIN, CRABTREE & STRONG,  LLP<br>One Bowdoin Square<br>Boston, MA 02114<br>wstrong@kcslegal.com<br>(617) 227-7031 | /s/Stephen Y. Chow<br>Stephen Y. Chow, BBO# 082990<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>schow@burnslev.com<br>(617) 345-3000 |

**SO ORDERED:**

_____        _____
United States District Judge                          Date


## CERTIFICATE OF SERVICE

      I, William S. Strong, certify that I have this day electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.


Dated: July 15, 2014                          /s/ William S. Strong_____
                                               William S. Strong